# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TYLER JAMES CARTER,**

      **Plaintiff,**

 v.                                          **Case No.:  2:14-cv-497**
                                                        **JUDGE GEORGE C. SMITH**
                                                        **Magistrate Judge Deavers**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This case is before the Court to consider the Report and Recommendation issued by the Magistrate Judge on August 17, 2015.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  Plaintiff's Statement of Errors is hereby **OVERRULED** and the decision of the Commissioner of Social Security is hereby **AFFIRMED**.

The Clerk shall remove Document 19 from the Court's pending motions list and terminate this case.

        **IT IS SO ORDERED.**

                                                     */s/ George C. Smith*
                                                    **GEORGE C. SMITH, JUDGE**
                                                    **UNITED STATES DISTRICT COURT**